AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MOORISH AMERICAN NATION, ELLIS )<br>PATTERSON-BEY, GRETCHEN )<br>PATTERSON-BEY, )<br>      Plaintiffs, )<br>)<br>v. )<br>_____ )<br>)<br>UNITED STATES OF AMERICA, )<br>      Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:10-CV-137-F** |

**Decision by Court.**


      IT IS ORDERED AND ADJUDGED that this action is DISMISSED without prejudice for failure to make timely service upon the Defendant in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk of Court is DIRECTED to close this case.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 7, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:


Moorish American Nation, Ellis Patterson-Bey, Gretchen Patterson-Bey (via regular mail to 1603 Gibson Street, Fayetteville, NC 28301)


| | |
|---|---|
| October 7, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |